FILED

07/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0378

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0378

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RALPH DEAVILA,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, without objection and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 14, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2023